UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDA L. FIGURES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00618-DAD-JLT<br><br><br>JUDGMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of Plaintiff and against Defendant on all plaintiff's claims, according to the special verdict of the trial jury returned in open Court April 26, 2019.

Dated: April 26, 2019

　　　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK OF THE COURT

　　　　　　　　　　　　　　　　By: /s/ Jami Thorp
　　　　　　　　　　　　　　　　　　　Jami Thorp, Deputy Clerk

1